IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| | : | No. 1:18-cr-00046 |
| v. | : | |
| | : | (Judge Kane) |
| RONALD GROVER, | : | |
| Defendant | : | Filed Under Seal |

## ORDER

**AND NOW**, on this 1st day of April 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion in limine (Doc. No. 159), is **GRANTED**. The Government and its witnesses are precluded from referring to Defendant Grover's aborted plea proceedings, or any statements made during those proceedings, at the trial of this matter; and

2. The Government's motion in limine (Doc. No. 170), is **GRANTED**. Defendant is precluded from offering any evidence or argument regarding a duress defense to the charges asserted against him at the trial of this matter.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania